The Law Office of
# Chris R. Miltenberger
A Professional Limited Liability Corporation

1360 N. White Chapel, Suite 200   (817) 416-5060
Southlake, Texas 76092   (817) 416-5062 fax
www.MiltenbergerLaw.com   chris@crmlawpractice.com

July 31, 2023

The Honorable Stephanie A. Gallagher
United States District Court for the
District of Maryland
101 W. Lombard Street
Baltimore, Maryland 21202

     Re: *Adrienne Rineholt, individually and on behalf of all others similarly situated, et al. v. HFS Financial LLC, et al.*

     Case No.:  1:22-cv-03253-SAG

Dear Judge Gallagher:

    In their previous correspondence, the parties requested that on August 1, 2023, they be allowed to update the Court regarding expert disclosure in discovery dates and a proposed modified dispositive motion deadline. (ECF 26). The Court approved the parties' request.

    The parties now request an additional 60 days to update the Court. Since the parties' previous update, the opt in period has closed, the number of participating plaintiffs is fixed, and written discovery has been issued and responded to by both sides.

    The parties need additional time to determine if expert testimony will be necessary. Thus, the parties request that they be allowed 60 more days until October 2, 2023, to continue to conduct discovery and to then report back to the Court.

Sincerely,


*/s/ Chris R. Miltenberger, Esq.*

cc: Jerrold A. Thrope, counsel for defendants

---

*The Law Office of Chris R. Miltenberger, PLLC*